# Order

Michigan Supreme Court
Lansing, Michigan

March 26, 2008

135510

THOMAS MULCAHY and MARY ALICE
MULCAHY,
      Plaintiffs-Appellees,

v

JOHN VERHINES and BRENDA VERHINES,
      Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135510
COA: 275325
Wayne CC: 05-530565-CH

On order of the Court, the application for leave to appeal the September 25, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2008

Clerk